UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DENNIS CHRISTIAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:08-1025 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| DAVIDSON TRANSIT ORGANIZATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, Davidson Transit Organization's Motion to Dismiss Counts 1, 3, 5, 7, 9, and 11 of the Plaintiff's Complaint (Docket No. 11) is **GRANTED IN PART AND DENIED IN PART**. It is hereby **ORDERED** that all of the plaintiff's claims, with the exception of Count 3 (Title VII), are **DISMISSED.**

It is so ordered.

Enter this 6th day of April 2009.

_____
ALETA A. TRAUGER
United States District Judge